WARREN D. PHILE, Jr., ET AL., PLAINTIFFS-PETITIONERS,
v. SAMUEL S. CORSON, DEFENDANT-RESPONDENT.

*Mr. Albert K. Plone* and *Mr. William Tomar* for the petitioners.

*Mr. Meyer Sakin* and *Messrs. Harkavy & Lieb* for the respondent.

February 2, 1953. Denied.

MARSHALL F. RUSH, ET AL., PLAINTIFFS-RESPONDENTS,
v. BOARD OF ADJUSTMENT OF THE VILLAGE OF
SOUTH ORANGE, DEFENDANT-RESPONDENT, AND
ARTHUR TZESES, ET AL., DEFENDANTS-PETITIONERS.

See same case below: 22 *N. J. Super.* 45.

*Mr. Daniel Leff* for the petitioners.

*Mr. Murray E. Kempler* and *Mr. Ward J. Herbert* for the respondents.

February 2, 1953. Denied.